Yaakov Saks  
Stein Saks, PLLC  
One University Plaza  
Hackensack, NJ 07601  
Telephone: (201) 282-6500  
E-Mail: ysaks@steinsakslegal.com

Judge David G Estudillo

*Counsel for Jason Young*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Jason Young<br>    Plaintiff,<br><br>   vs.<br><br>RESURGENT CAPITAL SERVICES, LP<br>    Defendants. | CASE NO. 3:23-cv-5410<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Jason Young ("Plaintiff"), by counsel, and Defendant, by counsel, hereby stipulate and agree that Plaintiff's cause against Resurgent Capital Services, LP should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Presented By,  
*s/Yaakov Saks*  
Yaakov Saks, Esq.  
Stein Saks, PLLC  
One University Plaza, Suite 620  
Hackensack, NJ 07601  
Telephone: (201) 282-6500  
E-Mail: ysaks@steinsakslegal.com

*s/Donald Gene Grant*  
Donald Gene Grant  
Donald G. Grant PS  
2005 SE 192nd Ave Ste 200  
Camas, WA 98607  
Telephone: (360) 210-5000  
E-Mail: don@dongrantps.com

*Counsel for Defendants*

IT IS SO ORDERED.

Dated this 9th day of May 2024, 2024.

_____
JUDGE David G Estudillo
UNITED STATES DISTRICT JUDGE